# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UMESH HEENDENIYA,<br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>THOMAS MILLER, FBI AGENT ASSIGNED TO THE TAMPA-ORLANDO JOINT TERRORISM TASK FORCE (JTTF); SONYA YONGUE, FBI AGENT ASSIGNED TO THE TAMPA-ORLANDO JTTF; DAVID KORTMAN, HERNANDO COUNTY SHERIFF'S DETECTIVE AND HCSO TASK FORCE OFFICER (TFO) ASSIGNED TO THE TAMPA-ORLANDO JTTF; ALVIN NIENHUIS, HERNANDO COUNTY SHERIFF; HERNANDO COUNTY SHERIFF'S OFFICE (HCSO); PAUL WYSOPAL, FBI SPECIAL AGENT IN CHARGE (SAC) OF THE TAMPA-ORLANDO FIELD OFFICE; REGINA LOMBARDO, BATFE SPECIAL AGENT IN CHARGE (SAC) OF THE TAMPA-ORLANDO FIELD OFFICE; JOHN AND/OR JANE DOES 1-50;<br><br>　　　　　　　　　Defendants. | Civil Action No. 8:2020cv114 T 02 spf<br><br>FILED 2020 JAN 15 PM 3:54<br>CLERK, US DISTRICT COURT<br>MIDDLE DISTRICT FLORIDA<br>TAMPA, FLORIDA<br><br>Complaint for Monetary Damages, Injunctive Relief, and Declaratory Relief. |

## COMPLAINT AND JURY DEMAND

*Umesh Heendeniya v. Thomas Miller, et al.*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of FLORIDA

TAMPA Division

|  |  |
|---|---|
| UMESH HEENDENIYA <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> THOMAS MILLER, et al. <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 8:2020cv114 02 SPF <br> *(to be filled in by the Clerk's Office)* <br><br> FILED 2020 JAN 15 PM 3:56 <br> CLERK, US DISTRICT COURT <br> MIDDLE DISTRICT FLORIDA <br> TAMPA, FLORIDA |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Umesh Heendeniya (Pro Se Litigant) |
| Street Address | P. O. Box 5104 |
| City and County | Spring Hill, Hernando County |
| State and Zip Code | Florida, 34611. |
| Telephone Number | 508-630-6757 |
| E-mail Address | umesh.heendeniya@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Thomas Miller
- Job or Title (if known): FBI Agent Assigned to The Tampa-Orlando JTTF.
- Street Address: Presently Unknown
- City and County: Tampa, Hillsborough County
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Sonya Yongue
- Job or Title (if known): FBI Agent Assigned to The Tampa-Orlando JTTF.
- Street Address: Presently Unknown
- City and County: Tampa, Hillsborough County
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: David Kortman
- Job or Title (if known): Hernando County Sheriff's Detective and TFO Assigned to JTTF.
- Street Address: 18900 Cortez Blvd.
- City and County: Brooksville, Hernando County
- State and Zip Code: Florida, 34601
- Telephone Number: 352-754-6830
- E-mail Address (if known):

Defendant No. 4
- Name: Hernando County Sheriff's Office (HCSO)
- Job or Title (if known):
- Street Address: 18900 Cortez Blvd.
- City and County: Brooksville, Hernando County
- State and Zip Code: Florida, 34601
- Telephone Number: 352-754-6830
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 USC § 1331; 28 U.S.C. § 1367; 28 U.S.C. § 2201; 28 U.S.C. § 2202; 28 U.S.C. 1391; Bivens v. Six Unknown Named Agents 456 F.2d 1339 (1972); 42 USC § 1983; Monell v. Department of Social Services, 436 U.S. 658 (1978); Rule 57 of the Federal Rules of Civil Procedure; and Rule 65 of the Federal Rules of Civil Procedure.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

        1. At my home in Hernando County, Florida.
        2. Prior and Subsequent surveillance, harassment, intimidation, and stalking took place within Florida, particularly after approx. January, 2015.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?
        January 15, 2016; approx. in the early afternoon.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

   Please see attached document detailing facts.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

On information and belief, FBI Agents, ATF Agents, and JTTF Agents/Deputies/Troopers/Officers continue to subject me to surveillance, harassment, intimidation, and stalking. This has continued to cause me high stress, intimidation, pain and suffering, and deterioration of my health condition.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. I seek $5 Million in Monetary Damages from Responsible Defendants for actions and events that took place after Jan. 01, 2015.
2. I seek a permanent injunction against The FBI Agents, ATF Agents, and All (including, but not limited to, JTTF Agents/Deputies/Troopers/Officers) LEOs/COs who have been subjecting me to surveillance, harassment, intimidation, and stalking since approx. January, 2015, enjoining them from subjecting me to surveillance, harassment, intimidation, and stalking.
3. Any other relief that The Court deems just and equitable.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/15/2020

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Umesh Heendeniya

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____