# EXHIBIT B



www.hernandosheriff.org

——— SHERIFF ———
Al Nienhuis

## Hernando County Sheriff's Office

P.O. BOX 10070 – BROOKSVILLE, FL 34603-0070    FAX 352 796-0493    PHONE 352 754-6830

## BUSINESS RECORDS
## CERTIFICATE OF AUTHENTICITY

I, Lana Erickson, am employed by The Hernando County Sheriff's Office

My official title is __Records Manager_____.

I am familiar with the type of documents and records received, created, and relied upon by The Hernando County Sheriff's Office in the ordinary course of its business.

**Public Records Request from Umesh Heendeniya, dated November 16, 2016**

I further certify that:

A) Such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) Such records were kept in the course of a regularly conducted business activity:

C) The business activity made such records as a regular practice; and

D) If such record is not an original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

_____          December 1, 2016
SIGNATURE                                 _____
                                          DATE

State of Florida
County of Hernando
This instrument was signed before me on __12/1/16__

By __Lana Erickson__
    Print name of signer(s)

_____
    Notary Signature
Affix seal/stamp as close to signature as possible

JORDAN PREZKOP
Commission # GG 001464
Expires June 13, 2020
Bonded Thru Troy Fain Insurance 800-385-7019




www.hernandosheriff.org

— SHERIFF —
Al Nienhuis

## Hernando County Sheriff's Office

P.O. BOX 10070 – BROOKSVILLE, FL 34603-0070    FAX 352 796-0493    PHONE 352 754-6830

December 1, 2016

Mr. Heendeniya,

Please be advised, the below exemptions were applied for redactions pursuant to your request.

**119.071(2)(f)**
**119.071(1)(d)**
**119.071(2)(c)**

Sincerely,

*Lana Erickson*
**Records Manager**

From: Powers, Jim
Sent: Friday, December 18, 2015 3:06 PM
To: Lewis, David
Subject: RE:

I have not heard, I have been in and out of the office lately. Please reach out to him and let me know. Thanks for your diligence.

Capt. James T. Powers, Jr. F.C.P.P.
Special Operations Division Commander
Hernando County Sheriff's Office
18900 Cortez Blvd Brooksville, FL 34601
(352) 754-6830 Fax (352) 796-0493

From: Lewis, David
Sent: Friday, December 18, 2015 3:03 PM
To: Powers, Jim
Subject: RE:

Thanks. Do you know if our agency made contact with ▮▮ in reference to the subject in Ridge Manor? I know that Cpt. Turney was aware of it. I didn't receive any details.

From: Powers, Jim
Sent: Friday, December 18, 2015 2:46 PM
To: Lewis, David; Lillibridge, Matt
Cc: Burzumato, Michael
Subject: FW:
Importance: High

FYI

Capt. James T. Powers, Jr. F.C.P.P.
Special Operations Division Commander
Hernando County Sheriff's Office
18900 Cortez Blvd Brooksville, FL 34601
(352) 754-6830 Fax (352) 796-0493

**Erickson, Lana**

| | |
|---|---|
| **From:** | Yongue, Sonya <██████████████████> |
| **Sent:** | Friday, December 18, 2015 7:18 AM |
| **To:** | ████████ |
| **Cc:** | Miller, Thomas F. (TP) (TFO) |
| **Subject:** | RE: |

Hi!
I have forwarded your information to Task Force Officer Tom Miller since I am on leave. He will be reaching out to you.

Thanks again!


Sent from my Verizon Wireless 4G LTE smartphone


-------- Original message --------
From: "████████████████████████
Date: 12/17/2015 2:13 PM (GMT-05:00)
To: "Yongue, Sonya" ████████████████
Subject:

We received ████████████ Umesh ████ Heendeniya ████████ and Yamuna ██ Mudalige ████████
████████████████████████████████████████████████████████████████████████████████████████

Units responded to their residence and were unable to see inside the residence. A check into Umesh ████████████████████████████.

Please give me a call when you get a chance.

Thank you

████████████████

1



## HERNANDO COUNTY SHERIFF'S OFFICE
### Patrol Supplement  2015-33887/2
Report Date:  12/22/2015

| Primary Information | |
|---|---|
| Description: | INFO - GENERAL |
| Dissemination Code: | ANYONE/PUB RECORD |
| Reporting LEO: | ▓▓▓▓▓▓▓▓ SPECIAL ENFORCEMENT UNIT / HERNANDO COUNTY SHERIFF'S OFFICE) |
| Approval Status: | Approved |
| Approved Date: | 12/23/2015 |
| Approved By: | Schneider, Gerard (349 / Administrative Support / HERNANDO COUNTY SHERIFF'S OFFICE) |

| Subjects | | | |
|---|---|---|---|
| Relationship | Name | Bio | DOB |
| OTHER | MILLER, TOM (PERSON) | UNKNOWN, MALE | --- |

| Narrative |
|---|
| In reference to the information received, I made contact with Tom Miller from the Tampa Bay Field Office of the FBI. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and then would be responding to the area to make contact with the subjects for further follow up on a later date. |

| Record Status Information | |
|---|---|
| Record Origination Operator: | SAUNDERS, SAVANNAH (1614 / ARMS / HERNANDO COUNTY SHERIFF'S OFFICE) |
| Record Origination Date: | 12/22/2015 14:45 |
| Last Update Operator: | Schneider, Gerard (349 / TRAFFIC UNIT / HERNANDO COUNTY SHERIFF'S OFFICE) |
| Last Update Date: | 12/23/2015 15:00 |

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓ SPECIAL ENFORCEMENT UNIT / HERNANDO COUNTY SHERIFF'S OFFICE) | 11/29/2016 | Schneider, Gerard (349 / Administrative Support / HERNANDO COUNTY SHERIFF'S OFFICE) | 11/29/2016 |
|  |  |  |  |



# HERNANDO COUNTY SHERIFF'S OFFICE
## Patrol Supplement  2015-33887/3
Report Date:  01/06/2016

| Primary Information | |
|---|---|
| Description: | Supplement - Waiting on additional info |
| Occurrence From: | 01/06/2016 10:37 |
| Occurrence To: | 01/06/2016 10:37 |
| Dissemination Code: | ANYONE/PUB RECORD |
| Reporting LEO: | ▓▓▓▓▓▓▓▓▓▓ / SPECIAL ENFORCEMENT UNIT / HERNANDO COUNTY SHERIFF'S OFFICE) |
| Approval Status: | Approved |
| Approved Date: | 01/07/2016 |
| Approved By: | Schneider, Gerard (349 / Administrative Support / HERNANDO COUNTY SHERIFF'S OFFICE) |

| Narrative |
|---|
| As of this date, I am still awaiting contact from Special Agent Tom Miller to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓. |

| Record Status Information | |
|---|---|
| Record Origination Operator: | Miller, Patricia (672 / Patrol Division / HERNANDO COUNTY SHERIFF'S OFFICE) |
| Record Origination Date: | 01/06/2016 10:37 |
| Last Update Operator: | Schneider, Gerard (349 / TRAFFIC UNIT / HERNANDO COUNTY SHERIFF'S OFFICE) |
| Last Update Date: | 01/07/2016 09:59 |

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ / SPECIAL ENFORCEMENT UNIT / HERNANDO COUNTY SHERIFF'S OFFICE) | 11/29/2016 | Schneider, Gerard (349 / Administrative Support / HERNANDO COUNTY SHERIFF'S OFFICE) | 11/29/2016 |
|  |  |  |  |



# HERNANDO COUNTY SHERIFF'S OFFICE
## Investigative Supplement  2015-33887/5
Report Date: 01/21/2016

| Primary Information | |
|---|---|
| Description: | INFORMATION |
| Dissemination Code: | ANYONE/PUB RECORD |
| Reporting LEO: | ▓▓▓▓▓▓▓▓▓▓ / SPECIAL ENFORCEMENT UNIT / HERNANDO COUNTY SHERIFF'S OFFICE) |
| Approval Status: | Approved |
| Approved Date: | 01/22/2016 |
| Approved By: | Kraft, Jeffrey (365 / Administrative Support / HERNANDO COUNTY SHERIFF'S OFFICE) |

| Subjects | | | |
|---|---|---|---|
| Relationship | Name | Bio | DOB |
| OTHER | YONGUE, SONYA (PERSON) | WHITE, FEMALE | --- |

**Narrative**

On 01/15/16, I responded to ▓▓▓▓▓▓▓▓▓▓ with Tom Miller and Sonya Yongue from the Tampa office of the J.T.T.F., and made contact with Umesh Heendeniya. ▓▓▓▓▓▓▓▓▓▓

We were able to make contact with Umesh. At first he was reluctant to speak with any type of law enforcement, but later agreed to speak with us. He agreed to speak with us while standing in the front doorway of the residence. While speaking with him I observed the house to be fully furnished inside, and a wooden cross hanging on the living room wall and no obvious signs of any suspicious activity. Umesh advised that he currently has a law suit against several government agencies in an attempt to restore his 2nd amendment rights, specifically his right to own firearms. When some concerns in reference to ▓▓▓▓▓▓▓▓▓▓ were addressed, he stated that he is a law abiding person and has no intentions of violating any laws. Due to him not wanting to speak with any type of law enforcement Umesh did not disclose much information and the encounter did not last very long.

▓▓▓▓▓▓▓▓▓▓.

I request this case be inactivated pending any further developments.

| Record Status Information | |
|---|---|
| Record Origination Operator: | Flores, Sarah (1460 / ARMS / HERNANDO COUNTY SHERIFF'S OFFICE) |
| Record Origination Date: | 01/21/2016 14:37 |
| Last Update Operator: | Kraft, Jeffrey (365 / Administrative Support / HERNANDO COUNTY SHERIFF'S OFFICE) |
| Last Update Date: | 01/22/2016 08:54 |

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ / SPECIAL ENFORCEMENT UNIT / HERNANDO COUNTY SHERIFF'S OFFICE) | 11/29/2016 | Kraft, Jeffrey (365 / Administrative Support / HERNANDO COUNTY SHERIFF'S OFFICE) | 11/29/2016 |