# EXHIBIT C

1

1

2

3

4

5

6

7       TRANSCRIPT OF AUDIO RECORDING

8           JANUARY 15, 2016

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1          (Start of audio recording.)
 2                MR. MILLER:  Audio or video?
 3                MR. HEENDENIYA:  So this is Officer --
 4                MR. MILLER:  No, not video.
 5                MR. KORTMAN:  Not video, audio.
 6                MR. MILLER:  Not video.
 7                MR. HEENDENIYA:  Okay, all right.  Okay,
 8          so you're Tom Miller and --
 9                MR. MILLER:  So let me ask you this,
10          okay, because I'm allowing --
11                MR. HEENDENIYA:  Sonya Yougue and David
12          Kortman, David Kortman, deputies with the task
13          force.
14                MR. MILLER:  May I call you Umesh?
15                MR. HEENDENIYA:  Yes, you may.
16                MR. MILLER:  So I can?
17                MR. HEENDENIYA:  Yes.
18                MR. MILLER:  Okay, I just want to explain
19          to you that, and I have no problem with you
20          recording this.  I understand your concerns.
21                MR. HEENDENIYA:  Yes.
22                MR. MILLER:  I can appreciate that.
23                MR. HEENDENIYA:  Yes.
24                MR. MILLER:  You've told us that you have
```

1      some sort of a lawsuit that you have concerns
2      about.
3            MR. HEENDENIYA:  I do have a lawsuit,
4      yes.
5            MR. MILLER:  But you don't want to talk
6      to us about it.
7            MR. HEENDENIYA:  Yes.
8            MR. MILLER:  That's fine.
9            MR. HEENDENIYA:  I'm not breaking any law
10     at all.
11           MR. MILLER:  Right, sure.
12           MR. HEENDENIYA:  I have no intention of
13     violating any law at all.
14           MR. MILLER:  Okay.
15           MR. HEENDENIYA:  I have, like I said,
16     this lawsuit is with regard to myself being
17     able to exercise my Second Amendment right
18     hopefully in the future.
19           MR. MILLER:  Okay.
20           MR. HEENDENIYA:  And that's why I'm doing
21     this lawfully.
22           MR. MILLER:  Okay, very good.
23           MR. HEENDENIYA:  Because I think there
24     might be a possibility that I may have in the

4

1          past lost my lawsuit -- my Second Amendment

2          right possibly, and I don't want to take a

3          chance.

4                    MR. MILLER:  You think you have or

5          somebody -- have you been turned down for --

6                    MR. HEENDENIYA:  No, no, no, no.  I may

7          have lost and I want to make sure that if I'm

8          going to exercise my Second Amendment right --

9                    MR. MILLER:  Sure.

10                   MR. HEENDENIYA:  That I do it with the

11         utmost caution.

12                   MR. MILLER:  Oh, absolutely.

13                   MR. HEENDENIYA:  Without violating any

14         federal law or state law.

15                   MR. MILLER:  You're not sure if you even

16         have lost that right yet?

17                   MR. HEENDENIYA:  I may have.

18                   MR. MILLER:  You may have?

19                   MR. HEENDENIYA:  I'm not going to get

20         into specific.

21                   MR. MILLER:  Sure.

22                   MR. HEENDENIYA:  It's filed in the

23         lawsuit, and so I -- as they say in an

24         abundance of caution I'm asking this federal

```
 1        district court in the northern state of New
 2        York --
 3              MR. MILLER:  Right.
 4              MR. HEENDENIYA:  -- to go ahead and draft
 5        me a declaratory judgment.  Basically the
 6        judge is going to rule that I am able to
 7        lawfully exercise my Second Amendment right.
 8              MR. MILLER:  To own a firearm.
 9              MR. HEENDENIYA:  Or not.
10              MR. MILLER:  Okay.
11              MR. HEENDENIYA:  So until then, you know,
12        I have no intention of going anywhere near
13        even, you know, even a single bullet or a shot
14        shell or any kind of firearm.
15              MR. MILLER:  Okay.
16              MR. HEENDENIYA:  So I just want to make
17        sure I do it lawfully.
18              MR. MILLER:  Sure, that's good.  I
19        appreciate that.
20              MR. HEENDENIYA:  So that's it.  So any
21        postings I have no idea about what this is
22        about.  You know, I have -- you know, I'm a
23        peaceful law-abiding person and I have no
24        intention of causing anybody any distress or
```

```
 1          concern.
 2                MR. MILLER:  Okay.
 3                MR. HEENDENIYA:  What particular subject
 4          matter was there that --
 5                MR. MILLER:  So as far as what you're
 6          telling me.
 7                MR. HEENDENIYA:  Yes.
 8                MR. MILLER:  You can't think of anything
 9          that you would have posted recently or
10          sometime ago that would have concerned someone
11          enough that they would have contacted us?
12                MR. HEENDENIYA:  I can't think of
13          anything at all.  I mean, what was the, what
14          did they tell you?
15                MR. MILLER:  I don't know that, sir.
16          That's why I'm asking you for your help.  I
17          don't know specifically.
18                MR. HEENDENIYA:  Okay, well, I mean if
19          you guys don't know what it is, I have no idea
20          because, you know, I don't post any kind of
21          threats to anybody or anything, you know.
22                MR. MILLER:  Sure, right.  What type of
23          things do you post?
24                MR. HEENDENIYA:  Well, just Second
```

```
 1        Amendment stuff sometimes.

 2              MR. MILLER:  Okay.

 3              MR. HEENDENIYA:  Mostly Second Amendment

 4        stuff.

 5              MR. MILLER:  Right.

 6              MR. HEENDENIYA:  So that's about all,

 7        yeah.  That's about all.

 8              MR. MILLER:  Do you have any other

 9        hobbies or interests?

10              MR. HEENDENIYA:  Well, like I said, this

11        is turning into an interrogation so --

12              MR. MILLER:  Oh, I'm sorry.  I was just a

13        question, just a hobby.  I have a hobby,

14        fishing.  I don't have an internet connection

15        to post, but if I did, it would probably be

16        about my hobbies.

17              MR. HEENDENIYA:  Okay, like I said, I

18        am --

19              MR. MILLER:  This is not, I want to make

20        that clear, this is not an interrogation, sir.

21              MR. HEENDENIYA:  Yeah.

22              MR. MILLER:  I'm standing out here.

23        You're standing in there.

24              MR. HEENDENIYA:  Right.
```

1          MR. MILLER:  I've asked you and I've told
2     you before this is purely voluntary.  You
3     don't have to talk to me.  I told you I
4     appreciated the fact that you're taking your
5     time, and you're helping us to dispel
6     someone's concern that we followed up on to
7     make sure and try as best we can evaluate
8     whether there's any validity or concerns here
9     or not.
10          MR. HEENDENIYA:  Right, right.
11          MR. MILLER:  And the only way we can do
12     that is by talking to you.
13          MR. HEENDENIYA:  I understand.
14          MR. MILLER:  I respect your reluctance to
15     talk to us before, and I certainly appreciate
16     the fact that you've changed your mind on that
17     and that you're freely talking to us.  I
18     really, I thank you for that.  There is
19     nothing you can think of, any kind of
20     activities that you would've been involved
21     with that would be alarming or concerning to
22     somebody that they would have called us?
23          MR. HEENDENIYA:  I have no idea.
24          MR. MILLER:  None.

1    MR. HEENDENIYA:  I have no idea..  I mean,

2    obviously if I knew that, I would have -- you

3    know, I would have done, maybe you know, maybe

4    written a disclaimer or something.

5    MR. MILLER:  Sure.

6    MR. HEENDENIYA:  I can't think of

7    anything at all.

8    MR. MILLER:  Okay.

9    MR. HEENDENIYA:  I can't think of

10   anything at all.

11   MR. MILLER:  Nothing?  Have you been

12   posting long?  I mean, maybe it's something

13   from a while ago.

14   MR. HEENDENIYA:  I mean, what is it?  Is

15   it with regard to the Second Amendment or --

16   MR. MILLER:  I don't think so.  I mean,

17   not specifically, because that's nothing

18   threatening.  That's by definition if we

19   understand each other, Second Amendment.

20   MR. HEENDENIYA:  Right.

21   MR. MILLER:  There's nothing threatening

22   about that.  It is what it is.

23   MR. HEENDENIYA:  Okay.

24   MR. MILLER:  In and of itself that would

1     not be a problem.

2          MR. HEENDENIYA:  Yeah, I can't think of

3     anything at all.  I mean, did this person tell

4     you --

5          MR. MILLER:  So mainly your postings then

6     you say are Second Amendment related and

7     that's kind of because of the lawsuit that you

8     don't really want to talk about with the

9     hospital?

10          MR. HEENDENIYA:  Like I said, I want to

11     be careful.

12          MR. MILLER:  Sure.

13          MR. HEENDENIYA:  That I don't

14     miscommunicate.

15          MR. MILLER:  Sure, absolutely, and I want

16     to be careful I don't misunderstand you.

17          MR. HEENDENIYA:  Right, because see, you

18     guys are operating as special agents under

19     federal law.

20          MR. MILLER:  What did I tell you I was?

21          MR. HEENDENIYA:  With the task force.

22          MR. MILLER:  Right.

23          MR. HEENDENIYA:  You guys are with the

24     task force.

1       MR. MILLER:  Right, I want to make that

2   clear to you again.  Go ahead.

3       MR. HEENDENIYA:  Okay, but there is a

4   statute that says that, and I forget what it

5   is, is it 18 USC 1001, or I can't remember

6   offhand.

7       MR. MILLER:  It doesn't matter

8   specifically.

9       MR. HEENDENIYA:  But, no it does matter.

10      MR. MILLER:  What are your concerns, go

11  ahead.

12      MR. HEENDENIYA:  The concern is that if

13  there is -- the statute specifically states

14  that if anybody lies to a federal agent that

15  is automatically a felony, and I have no

16  felonies --

17      MR. MILLER:  Oh, okay.

18      MR. HEENDENIYA:  -- in my record.

19      MR. MILLER:  Sure.

20      MR. HEENDENIYA:  I have no intention of

21  breaking the law.

22      MR. MILLER:  Oh, I see.  Well, you

23  haven't lied to us today, right.

24      MR. HEENDENIYA:  Of course not but, I'm

12

1    saying --

2        MR. MILLER:  Well, then you don't have to

3    worry about that.

4        MR. HEENDENIYA:  I mean inadvertently say

5    something and you guys might take it wrong.

6        MR. MILLER:  That's why I would ask to

7    clarify.  I think you can agree that when I've

8    been a little confused I've asked for

9    clarification.  I'm not accusing you of lying.

10   I don't think you have.  You've been --

11       MR. HEENDENIYA:  Right.

12       MR. MILLER:  Once again, you are freely,

13   willingly talking to us and I appreciate it.

14       MR. HEENDENIYA:  I had been one hundred

15   percent honest.

16       MR. MILLER:  Okay, well, thank you very

17   much.

18       MR. HEENDENIYA:  Communicated.

19       MR. MILLER:  Thank you, I appreciate

20   that.

21       MR. HEENDENIYA:  And you know that I have

22   an absolute right to not talk to you.

23       MR. MILLER:  Oh, absolutely you do.

24       MR. HEENDENIYA:  Under my Fifth

1    Amendment.

2         MR. MILLER:  Absolutely you do,

3    absolutely.

4         MR. HEENDENIYA:  But I just, you know, I

5    just don't know what would have caused these

6    people, unless you tell me specifically what.

7         MR. MILLER:  And I wish I could, sir, but

8    I don't have that information.

9         MR. HEENDENIYA:  Okay.

10        MR. MILLER:  Okay, so there's nothing

11   that you can think of that would have been a

12   reason or a catalyst for someone to be

13   concerned at all?

14        MR. HEENDENIYA:  Wow, I have no idea.

15        MR. MILLER:  Okay, all right.

16        MR. HEENDENIYA:  The only thing would be

17   any kind of, you know, my postings are open

18   out there on Google Plus, which I'm sure you

19   guys have seen.

20        MR. MILLER:  Google, is that where you

21   post, Google Plus?

22        MR. HEENDENIYA:  Google Plus, so I'm sure

23   you guys saw it already.

24        MR. MILLER:  To be honest with you, I

```
 1          don't know what Google Plus is, but, I mean,
 2          I've heard of Google, but I don't know.
 3                  MR. HEENDENIYA:  The social media.
 4                  MR. MILLER:  Okay.
 5                  MR. HEENDENIYA:  It's a social media.
 6                  MR. MILLER:  Is there like a specific
 7          part of that that you use?
 8                  MR. HEENDENIYA:  No, no, it's just Google
 9          Plus.
10                  MR. MILLER:  You don't like go to Google
11          Plus Florida fishing or something like that?
12                  MR. HEENDENIYA:  No, no, nothing like
13          that.  So if you go to Google Plus and put my
14          name, it will bring up my profile.  I'm sure
15          you guys --
16                  MR. MILLER:  Okay, and just, you use just
17          your first and last name, not like
18          sometimes --
19                  MR. HEENDENIYA:  Absolutely.
20                  MR. MILLER:  -- people use nicknames or
21          something.
22                  MR. HEENDENIYA:  Right, I understand.  So
23          I have not, I mean, I'm just, I can't think of
24          anything at all that would have caused
```

1    somebody concern.

2         MR. MILLER:  Sure.

3         MR. HEENDENIYA:  I can't think of

4    anything at all.

5         MR. MILLER:  Okay, well I'll tell you

6    what, once again, I appreciate your

7    cooperation.

8         MR. HEENDENIYA:  I understand.

9         MR. MILLER:  And you're voluntarily

10   talking to us.  It, you know, makes our job

11   easier to go and do other things.

12        MR. HEENDENIYA:  Right.

13        MR. MILLER:  And clarify things.

14        MR. HEENDENIYA:  I understand.

15        MR. MILLER:  Good luck with your future

16   endeavors, and as long as like you said you

17   have no desire to break the law and you want

18   to stay --

19        MR. HEENDENIYA:  I have no intention

20   whatsoever.

21        MR. MILLER:  You want to specifically

22   stay within the law.

23        MR. HEENDENIYA:  Exactly.

24        MR. MILLER:  Then I wholly commend that

16

```
 1           activity of whatever you feel the need to do,
 2           okay.
 3                MR. HEENDENIYA:  All right.
 4                MR. MILLER:  All right, you have a good
 5           day, Umesh.
 6                MR. HEENDENIYA:  You too.  Take care.
 7                MR. MILLER:  Bye-bye.
 8                MR. HEENDENIYA:  Goodbye.
 9                MR. KORTMAN:  Mr. Umesh, you started in
10           the beginning with a video.  Please don't post
11           my picture because --
12                MR. HEENDENIYA:  Oh, no.
13                MR. KORTMAN:  I sometimes do stuff that I
14           don't need people to know who I am, okay.
15                MR. HEENDENIYA:  I see, okay, absolutely.
16           I will not.
17                MR. MILLER:  That kind of goes along with
18           like that lying thing, if you expose our
19           identity --
20                MR. HEENDENIYA:  No, no, no, I won't.
21                MR. MILLER:  That could be a problem.
22                MR. HEENDENIYA:  It's only going to be
23           the audio, you know, just for my protection.
24                MR. KORTMAN:  That's fine.  I just
```

1          don't -- don't post my picture, please.

2              MR. HEENDENIYA:  I will not post it.  I

3          am not going to do anything like that.

4              MR. KORTMAN:  Thank you.

5              MR. HEENDENIYA:  Yeah.

6              MR. MILLER:  You have a good day.

7              MR. HEENDENIYA:  Yeah, you too.

8              MS. YOUGUE:  Thank you.

9              MR. HEENDENIYA:  Take care.  Thank you.

10         (End of recording.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

18

CERTIFICATE

Commonwealth of Massachusetts

Norfolk, SS

I, Marsha Johnson, a Notary Public and
Approved Court Transcriber, in and for the
Commonwealth of Massachusetts, do hereby
certify that the foregoing transcript is a
true record an audio recording given to me by
Umesh Heendeniya the best of my knowledge,
skill and ability.

I further certify that I am not related to
any of the parties in the matter by blood or
marriage and that I am in no way interested in
the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my
hand and affixed my seal this 4th day of
November, 2019.

*Marsha Johnson*

_____

Marsha Johnson

My Commission expires:
September 30, 2022