U. Heendeniya
Pro Se Litigant
P.O. Box 5104
Spring Hill
FL-34611.

20-CV-114-T-02SPF.

Attn: Civil Clerk's Office [2nd Floor]
U.S. District Court - Middle District of Florida
Tampa Division
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa
Florida 33602.

2020 MAY -4 PM 3:
CLERK
MIDDLE DISTRICT CO
DISTRICT OF FLORIDA
TAMPA FLORIDA

RECEIVED

